UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:14-cv-61726-KMM

ROSARIO ALAIMO,
an individual,

    Plaintiff,

v.

TRADEWINDS AIRLINES, INC. d/b/a
SKYLEASE CARGO, INC.,
a foreign corporation, SKY LEASE I, INC.,
a Florida Corporation, and SKY LEASE II, INC.,
a Florida Corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT OF CLAIMS AGAINST
## SKY LEASE I, INC. AND SKY LEASE II, INC. ONLY

Plaintiff Rosario Alaimo, by and through undersigned counsel, gives notice that all matters in controversy in this lawsuit have been settled against Defendants Sky Lease I, Inc. and Sky Lease II, Inc. ("Sky Lease Defendants") only. Plaintiff will file the documents requested in DE 38 as to Tradewinds Airlines, Inc. in accordance with the Court's order. Plaintiff and the Sky Lease Defendants request twenty (20) days to submit a joint stipulation and proposed order of dismissal with prejudice of this suit as to the Sky Lease Defendants only.

    Respectfully submitted,
    **HUDSON & CALLEJA, LLC**
    355 Alhambra Circle, Suite 801
    Coral Gables, Florida 33134
    Telephone: (305) 444-6628
    Facsimile:  (305) 444-6627
    rhudson@hudsoncalleja.com
    By:/s/ Robert W. Hudson_____
    **ROBERT W. HUDSON**
    Florida Bar No.: 993875

**Hudson & Calleja, LLC**
355 Alhambra Circle, Suite 801, Suite 102, Coral Gables, FL  33134
Telephone:  305-444-6628 / Facsimile:  305-444-6627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List in via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Robert W. Hudson
**ROBERT W. HUDSON**
Florida Bar No.: 993875

## SERVICE LIST

**CASE NO.: 0:14-cv-61726KMM**

Plaintiff:
HUDSON & CALLEJA, LLC
Robert Hudson
rhudson@hudsoncalleja.com
José A. Socorro, Esq.
jsocorro@hudsoncalleja.com
Grissel Seijo, Esq.
grissel.seijo@hudsoncalleja.com
355 Alhambra Circle
Suite 801
Coral Gables, Florida 33134
Telephone: (305) 444-6628
Facsimile: (305) 444-6627

Defendant:
FISHER & PHILLIPS, LLP
Steven A. Siegel
ssiegal@laborlawyers.com
Candice C. Pinares-Baez
cpinares-baez@laborlawyers.com
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739