UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:14-cv-61726-KMM

ROSARIO ALAIMO,
an individual,

      Plaintiff,
v.

TRADEWINDS AIRLINES, INC. d/b/a
SKYLEASE CARGO, INC.,
a foreign corporation, SKY LEASE I, INC.,
a Florida Corporation, and SKY LEASE II, INC.,
a Florida Corporation,

      Defendants.
_____/

**DEFAULT JUDGMENT AGAINST DEFENDANT
TRADEWINDS AIRLINES, INC. d/b/a SKYLEASE CARGO, INC.**

THIS MATTER came before the Court upon Plaintiff ROSARIO ALAIMO's Motion for Final Default as to Liability Against Tradewinds Airlines, Inc. d/b/a SkyLease Cargo, Inc. ("Defendant Tradewinds") (ECF No. 33), filed on November 17, 2014 ("Motion") and this Court's Paperless Order entered on March 17, 2015 (ECF No. 38).  Defendant Tradewinds failed to respond and the time for doing so has passed.  UPON CONSIDERATION of the Motion, the Complaint (ECF No. 1), Affidavits (ECF Nos. 42, 43), the pertinent portions of the Record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows**:**

1. Plaintiff's Motion for Default Judgment (ECF No. 33) is GRANTED.

2. Default Final Judgment is entered in favor of Plaintiff Rosario Alaimo and against Defendant Tradewinds on Count I of Plaintiff's Complaint (ECF No. 1).

3. Plaintiff is entitled to damages as set forth below:

    a. Pursuant to the Affidavit of Rosario Alaimo (ECF No. 42), Plaintiff has incurred and will be awarded monetary damages in the amount of $64,345.99;

    b. Pursuant to the Affidavit of Jose A. Socorro (ECF No. 43), Plaintiff has incurred and will be awarded attorneys' fees and costs in the amount of $5,685.83.

4. In total, Plaintiff is entitled to a total award of monetary damages, including fees and costs, against Defendant Tradewinds in the amount of $70,031.82, which sum let execution issue forthwith in accordance with the Federal Rules of Civil Procedure. The total sum shall bear post-judgment interest at the statutory rate set forth in Section 55.03 Florida Statutes.

5. The Court shall retain jurisdiction in this action to enter further orders that are proper including, without limitation, deficiency judgments and order(s) taxing costs and attorneys' fees incurred by Plaintiff after the date hereof.

6. In light of this Final Judgment and Plaintiff's settlement with the other Defendants in this case (ECF No. 39) the Clerk of Court is ordered to CLOSE THIS CASE. All pending motions not otherwise ruled on are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of April, 2015.

*K. M. Moore*
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:   All counsel of record of Record and unrepresented parties